UNITED STATES DISTRICT
COURT DISTRICT OF MASSACHUSETTS

Osmon Jean
   petitioner

v

Joseph McDonough and Steven Farquharson
   respondents

05-10771-PBS

Referred to M.J.
Habeas Corpus  L. Sorokin

FILED
IN CLERKS OFFICE
2005 APR 15 P 12:57

Petitioner's Request for Voluntary Departure
and request for Proceeding in forma pauperis

On Jan 14th 2005, petitioner Osmon Jean an Ins Call detainee currently confined at Plymouth County Correctional Facility, has filed a Habeas Corpus under 28 U.S.C. sec 2241 and as well as request for proceeding in forma Pauperis 28 U.S.C. sec 1915, accordingly

1) The Clerk shall correct the case caption to reflect that the only respondent to this action is the Sheriff of Plymouth County Joseph McDonough, a writ of Habeas Corpus must be directed to the person having custody of the person detained 28. U.S.C. sec 2243, Marmol v Dubois, 885 F. Supp. 444, 446 (D. Mass 1994).

Petitioner's legal custodian is the Sheriff of Plymouth County, the individual having day to day control over the facility in which petitioner is being detained Vasquez v Reno 233 F.3d 688, 694 (1st Cir 2000) cert denied, Sub Nom. Vasquez v Ashcroft 122. S.ct 43 (2001)

Mass Gen laws ch 126 sec 16

Osmon Jean         1
A 95 223 340

Sheriff shall have custody and control of the jails in his county... and shall be responsible for them.

#2) petitioner governing voluntary departure under 8 U.S.C. ch 1229c See 8. U.S.C § 1229c(b)(1)(B) 1997) Section 1229c expressly delegates the authority to enter an order granting Voluntary departure to Immigration Judges, subject to discretion

#3) The Clerk of this Court shall serve a copy of this petition, by certified mail upon (1) Sheriff Joseph McDonough, Plymouth County Correctional Facility, 26 long pond Rd. Plymouth Ma. 02360 (11) The United States Attorney (111) Frank Crowley, Department of Homeland Security, Special assistant United States Attorney, P.O. Box 8728 J.F.K. Building, Station Boston Ma. 02114

#4) The respondent shall within (48) days of this receipt of this Order, file an answer or other responsive pleading

Petitioners Supplemental affidavit in Support of Request for Voluntary Departure

4/15/05

Wizards - Osmon Grace Watkinson Jean
Marian Suzie Noronha        Haiti India
Daniel James Michael Timothy Gabriel
Ruth Elissaint Julie Altidor M. Jersey Paulette Altidor
IAN Ashby / Harbor Christian Church
Zacacia grann manzia / La Rivière mystique Haïtienne de Cavaillon
Serpents - Pintades - Kòk Kalité - Wizards Nègre Maron
50 6 7 8 9 3 19 + 93 Sopoti Nan Glacie Luxama T-Sous -
Marinette Samba - Zanbala wèdo - Yanvalou - Guédé - Guinen
Président Jean-Bertrand Aristide, Président Nelson Mandela
Mother Teresa MC India Gro Roch - Mèt Gran Chimen
Jacques Jean     Vertières Jean-Jacques Dessalines
Jean-Pierre Boyer Wizard La Sirene Agwe OGOU
FMP Fête des bleus l'hôpital Général Cavaillon Bonnefin
Moses Ulai Président Obasanjo Nigeria Neg dafrik
Congo gombo Ayibobo Carusso odonto Pond Roug - Palais national
haïtien - Casernes Dessalines, Champs-de-Mars saint-jude
Saint-Vincent Hébert Norvélus Venise Dany Josué Jude Garius
Roliane Dorsainvil Sevilis Jean Wizard Nan Sizon
Omar Dorsainvil, Roselaine Yvenante Marrecage ---
"Esprit de Verité" - "Spirit of the truth" ---
   Agwe Agwe    Mèt Gran Basen.         manzia
Zacacia grann manzia      Zacacia grann Marinette
Marinette La Rivière mystique Haïtienne de Cavaillon
La Rivière mystique Haïtienne de Cavaillon
La Sirene   La Sirene Mèt Gran Basen --- Marassa
Vienna - Austria Brésil Germany Jamaica ---
Chantale - Port-Salut --- Gros Sable ---
   La cathédrale de Port-au-Prince dynasty calendar
   Sapoti AZTEKA --- d/o Joois ---
Mr Gandi, India,  May 25, 26 27 ---
Jean Hus Jean Wyclef  5, 6, 9, 3, 21 226  16 17
Jérôme France       Tragédie des siècles
Lyon-Paris-Marseilles ---
                    Osmon Grace Watkinson Jean
                        Haiti India