UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JEAN OSMON,¹                    )
                                )
          Petitioner            )
                                )     Civil Action No.
     v.                         )     05cv10771-PBS
                                )
Joseph McDonough, et al.        )
                                )
          Respondents           )
```

NOTICE OF CHANGE IN PLACE OF DETENTION

Respondent[2] notifies the Court of a change of place of petitioner's detention.  Petitioner's place of detention is now:

**Suffolk County House of Correction**
**20 Bradston Street**
**Boston, MA   02118**

---

[1] Petitioner's name as appearing on his Petition and in respondent's files is **Osmon JEAN**, not Jean Osmon. Respondent moves for correction of the case caption, with the Court's permission.

[2] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: s/Frank Crowley
   FRANK CROWLEY
   Special Assistant U.S. Attorney
   Department of Homeland Security
   P.O. Box 8728
   J.F.K. Station
   Boston, MA 02114
   (617) 565-2415

## Certification Under L.R. 7.1(A)(2)

Respondent respectfully takes the position that because the petitioner is pro se and detained in a State or Federal facility, the requirement of L.R. 7.1(A)(2) regarding counsels' certification of resolution efforts is inapplicable. Alternatively, because petitioner is a pro se alien currently incarcerated in a state correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 1, 2005.

        s/Frank Crowley
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114